# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141387

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

_____

In re BODRIE.
_____

GEORGE LAVERN BODRIE,
      Plaintiff-Appellant,

v                                      SC: 141387
                                      COA: 296635

TUSCOLA CIRCUIT COURT,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 9, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010                                    _____

s1115                                                Clerk